

PAUL E. KNAG
203.653.5407 DIRECT TELEPHONE
860.240.5711 DIRECT FACSIMILE
PKNAG@MURTHALAW.COM

July 23, 2021

Thurgood Marshall United States Courthouse
United States Court of Appeals for the Second Circuit
c/o Clerk of the Court
40 Foley Square
New York, New York 10007

    Re: <u>United States and Exchange Com v. Ahmed
         Case Number: 21-1686</u>

Dear Clerk of the Court:

    I am representing the Appellant Relief Defendants in the District Court. Mr. Adam Unikowsky is handling the appeal, not me.

                                       Respectfully submitted,

                                       Paul E. Knag

Four Stamford Plaza, 11th floor

Murtha Cullina LLP
107 Elm Street

Stamford, CT 06902
T 203.653.5400
F 203.653.5444

CONNECTICUT + MASSACHUSETTS + NEW YORK   MURTHALAW.COM

11607230v1