**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

| | |
|---|---|
| **DEBRA ANN LIVINGSTON**<br>**CHIEF JUDGE** | **CATHERINE O'HAGAN WOLFE**<br>**CLERK OF COURT** |
| Date: June 28, 2023<br>Docket #: 21-1686cv<br>Short Title: United States and Exchange Com v. Ahmed | DC Docket #: 15-cv-675<br>DC Court: CT (NEW HAVEN)<br>DC Docket #: 15-cv-675<br>DC Court: CT (NEW HAVEN)<br>DC Judge: Arterton<br>DC Judge: Spector |

**NOTICE OF CASE MANAGER CHANGE**

The case manager assigned to this matter has been changed.

Inquiries regarding this case may be directed to 212-857-8522.