# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse    40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

## MOTION INFORMATION STATEMENT

**Docket Number(s):** 21-1686, 21-1712, 22-135, 22-184

**Caption [use short title]:** SEC v. Ahmed

**Motion for:** Relief Defendants-Appellants' Attorney

**Set forth below precise, complete statement of relief sought:**

Withdrawal of counsel

**MOVING PARTY:** Counsel for Relief Defendants-Appellants
[✓] Appellant/Petitioner

**OPPOSING PARTY:** SEC

**MOVING ATTORNEY:** Adam G. Unikowsky

**OPPOSING ATTORNEY:** Stephen Yoder

[name of attorney, with firm, address, phone number and e-mail]

Jenner & Block LLP
1099 New York Ave, NW, Washington, DC 20001
(202) 639-6041; aunikowsky@jenner.com

U.S. SEC, 100 F St, NE, Washington, DC, 20549
(202) 551-4532; yoders@sec.gov

**Court-Judge/Agency appealed from:** District of Connecticut

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
[✓] Yes [ ] No (explain):

Opposing counsel's position on motion:
[✓] Unopposed [ ] Opposed [ ] Don't Know

Does opposing counsel intend to file a response:
[ ] Yes [✓] No [ ] Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUNCTIONS PENDING APPEAL:**
Has request for relief been made below? [ ] Yes [ ] No
Has this relief been previously sought in this Court? [ ] Yes [ ] No
Requested return date and explanation of emergency:

Is oral argument on motion requested? [ ] Yes [✓] No (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set? [✓] Yes [ ] No  If yes, enter date: January 18, 2023

**Signature of Moving Attorney:**
/s/ Adam G. Unikowsky   **Date:** 8/4/2023   **Service by:** [✓] CM/ECF [ ] Other [Attach proof of service]

Form T-1080 (rev. 12-13)

# 21-1686(L)

### 21-1712 (CON), 22-135, 22-184

## United States Court of Appeals
## for the Second Circuit

UNITED STATES SECURITIES AND EXCHANGE COMMISSION,
*Plaintiff-Appellee*,

NMR E-TAILING, LLC,
*Plaintiff*,

– v. –

IFTIKAR AHMED, I-CUBED DOMAINS, LLC, SHALINI AHMED, SHALINI AHMED 2014 GRANTOR RETAINED ANNUITY TRUST, DIYA HOLDINGS, LLC, DIYA REAL HOLDINGS, LLC, I.I. 1, A MINOR CHILD, BY AND THROUGH HIS NEXT FRIENDS IFTIKAR AND SHALINI AHMED, HIS PARENTS, I.I. 2, A MINOR CHILD, BY AND THROUGH HIS NEXT FRIENDS IFTIKAR AND SHALINI AHMED, HIS PARENTS, I.I. 3, A MINOR CHILD, BY AND THROUGH HIS NEXT FRIENDS IFTIKAR AND SHALINI AHMED, HIS PARENTS,
*Defendants-Appellants*,

IFTIKAR ALI AHMED SOLE PROP,
*Defendant*,

– v. –

JED HORWITT,
*Receiver-Appellee.*

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

### RELIEF DEFENDANTS' COUNSEL'S UNOPPOSED MOTION TO WITHDRAW

Adam G. Unikowsky
JENNER & BLOCK LLP
1099 New York Ave. NW, Suite 900
Washington, DC 20001
(202) 639-6000

*Attorney for Defendants-Appellants Shalini Ahmed; I-Cubed Domains, LLC; Shalini Ahmed 2014 Grantor Retained Annuity Trust; DIYA Holdings, LLC; DIYA Real Holdings, LLC; I.I. 1, A minor child, by and through his next friends Iftikar and Shalini Ahmed, his parents; I.I. 2, A minor child, by and through his next friends Iftikar and Shalini Ahmed, his parents; I.I. 3, A minor child, by and through his next friends Iftikar and Shalini Ahmed, his parents*

Attorney Adam G. Unikowsky of Jenner & Block LLP respectfully moves this Court to withdraw from his representation of the Relief Defendant-Appellants in this case. Relief Defendant-Appellants and the SEC do not oppose this motion.

Dated: August 4, 2023                              Respectfully Submitted,

                                                          /s/ Adam G. Unikowsky
Adam G. Unikowsky
JENNER & BLOCK LLP
1099 New York Ave. NW, Suite 900
Washington, DC 20001
(202) 639-6000

## CERTIFICATE OF COMPLIANCE

This motion complies with Fed. R. App. P. 27(d)(2) because it contains 37 words.

This motion complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type style requirements of Fed. R. App. P. 32(a)(6) because this motion has been prepared in a proportionally spaced typeface using Microsoft Word 2013, Times New Roman 14-point.

Dated: August 4, 2023         By: /s/ Adam G. Unikowsky
                                                                Adam G. Unikowsky

## CERTIFICATE OF SERVICE

I hereby certify that on August 4, 2023, I electronically filed the foregoing document with the Clerk of Court for the United States Court of Appeals for the Second Circuit using the appellate CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

Dated:  August 4, 2023		By:  /s/ Adam G. Unikowsky
							Adam G. Unikowsky